4-23CR-074-P
Case 4:23-cr-00074-P   Document 1   Filed 03/27/23   Page 1 of 3   PageID 1
Case 5:18-cr-02753-KG   Document 59   Filed 03/09/23   Page 1 of 1

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:18CR02753-002KG |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT New Mexico | DIVISION 1084 |
|---|---|---|
| Edward Fleming | NAME OF SENTENCING JUDGE Kenneth J. Gonzales | |
| | DATES OF SUPERVISED RELEASE | FROM 11/29/2021 — TO 11/28/2024 |

**OFFENSE**
Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1) and Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Texas, Fort Worth Division, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

3/9/2023
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _Northern_ DISTRICT OF _Texas_

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/2023
Effective Date

*[signature]* Mark T. Pittman
United States District Judge

*[Filed stamp: FILED U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS MAR 27 2023 CLERK, U.S. DISTRICT COURT Deputy]*

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 5:18CR02753-002KG |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward Fleming | New Mexico | 1084 |
| | NAME OF SENTENCING JUDGE Kenneth J. Gonzales | |
| | DATES OF SUPERVISED RELEASE FROM 11/29/2021 | TO 11/28/2024 |

OFFENSE
Felon in Possession of a Firearm and Ammunition in violation of 18 U.S.C. § 922(g)(1) and Possession of a Stolen Firearm in violation of 18 U.S.C. § 922(j)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____ New Mexico

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of Texas, Fort Worth Division, upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

3/9/2023
Date                                                                    *[signature]* United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern DISTRICT OF Texas

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/2023
Effective Date                                               *[signature]* Mark T. Pittman United States District Judge

U.S. DISTRICT COURT NORTHERN DISTRICT OF TEXAS FILED MAR 27 2023 U.S. DISTRICT COURT Deputy

# UNITED STATES DISTRICT COURT
### PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



BUD ERVIN
CHIEF

WAYNE MCKIM
DEPUTY CHIEF

EDITH FOSTER
NIQUITA LOFTIS
JACQUELINE FONTENOT
JESUS PEREZ
ASSISTANT DEPUTY CHIEFS

501 West 10th Street
Room 406
Fort Worth, TX 76102
469-623-1237
www.txnp.uscourts.gov

March 23, 2023

The Honorable Mark T. Pittman
U.S. District Judge
501 W. 10th Street Room 401
Fort Worth, Texas 76102

        RE:  **Fleming, Edward**
              **Case No.: TO BE ASSIGNED**
              **Transfer of Jurisdiction Request**

Dear Judge Pittman:

On June 4, 2019, Edward Fleming was sentenced in the District of New Mexico, Las Cruces Division, by U.S. District Judge Kenneth J. Gonzales to 46 months custody, to be followed by a 3-year term of supervised release for the offenses of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1) and Possession of Stolen Firearm, in violation of 18 U.S.C. § 922(j). Edward Fleming began his term of supervised release in the Northern District of Texas, Fort Worth Division, on November 29, 2021, and his expiration date is November 28, 2024.

As part of drug testing, Mr. Fleming has tested positive for illegal controlled substances more than three times over the course of one year. Senior United States Probation Officer Courtney Rich notified the District of New Mexico and initiated transfer of jurisdiction. The probation office believes that appropriate programs and resources are available through our treatment community to assist Mr. Fleming and an exception to mandatory revocation is forthcoming.

Mr. Fleming has stable residence and employment in the Northern District of Texas and intends to remain within the Northern District of Texas throughout his term of supervision. The District of New Mexico, Las Cruces has agreed to transfer jurisdiction. It is respectfully recommended that Jurisdiction in Case No. 5:18-CR-02753-KG (2) be accepted by the Northern District of Texas, Fort Worth Division. Attached is a copy of the Transfer of Jurisdiction Order for the Court's consideration.

Respectfully Submitted,                        Approved,

s/Courtney Rich                              s/Angela Roberson
Senior U.S. Probation Officer            Supervising U.S. Probation Officer
469-623-1237                               817-505-1078